IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| RICKEY DWIGHT JACKSON, § | |
| Petitioner, § | |
| § | |
| v. § | Civil Action No. 4:14-CV-713-O |
| § | |
| WILLIAM STEPHENS, Director, § | |
| Texas Department of Criminal Justice, § | |
| Correctional Institutions Division, § | |
| Respondent. § | |

## **OPINION AND ORDER**

Before the Court is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 filed by Petitioner, Rickey Dwight Jackson, a state prisoner who was confined in the Bridgeport Unit of the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ), in Bridgeport, Texas, when the petition was filed, against William Stephens, director of TDCJ, Respondent. After considering the pleadings and relief sought by Petitioner, the Court has concluded that the petition should be dismissed as moot.

## **I. BACKGROUND**

By this action, Petitioner sought release to mandatory supervision. Pet. 7, ECF No. 1. The TDCJ website and telephonic communication with the Bridgeport Unit confirms that Petitioner was released and is no longer confined. As of this date, Petitioner has not notified the clerk of Court of his current address or whereabouts.

## **II. DISCUSSION**

Petitioner's release has rendered his habeas petition moot. *Bailey v. Southerland*, 821 F.2d 277, 278-79 (5th Cir. 1987). Because this Court can no longer provide him with the relief he seeks, dismissal of the petition is appropriate. *McRae v. Hogan*, 576 F.2d 615, 616-17 (5th Cir. 1978).

## III.  CONCLUSION

For the reasons discussed herein, the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DISMISSED as moot. Further, pursuant to 28 U.S.C. § 2253(c), for the reasons discussed herein, a certificate of appealability is DENIED.

**SO ORDERED** on this 10th day of March, 2016.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**